BLANK ROME, LLP
Attorneys for Plaintiff
CHINATEX GRAINS & OILS
IMPORT & EXPORT CORP.
Jack A. Greenbaum (JG 0039)
Thomas H. Belknap, Jr. (TB 3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

**08 CV 00262**



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHINATEX GRAINS & OILS IMPORT & EXPORT CORP.,

    Plaintiff,

-against-

ORAM TANKER LIMITED,

    Defendant.

---

08 Civ.

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff CHINATEX GRAINS & OILS IMPORT & EXPORT CORP. certifies that, according to information provided to counsel by its clients, CHINATEX GRAINS & OILS IMPORT & EXPORT CORP. is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:    New York, New York
            January 11, 2008

                                    BLANK ROME, LLP
                                    Attorneys for Plaintiff
                                    CHINATEX GRAINS & OILS IMPORT &
                                    EXPORT CORP.

                                    By _____
                                        Thomas H. Belknap, Jr. (TB 3188)
                                        Jack A. Greenbaum (JG 0039)
                                    The Chrysler Building
                                    405 Lexington Ave.
                                    New York, NY 10174-0208
                                    (212) 885-5000
                                    tbelknap@blankrome.com
                                    jgreenbaum@blankrome.com

900200.00001/6601075v.1