ORIGINAL

BLANK ROME, LLP
Attorneys for Plaintiff
CHINATEX GRAINS & OILS
IMPORT & EXPORT CORP.
Jack A. Greenbaum (JG 0039)
Thomas H. Belknap, Jr. (TB 3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-7-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHINATEX GRAINS & OILS IMPORT
& EXPORT CORP.,

        Plaintiff,

-against-

ORAM TANKER LIMITED,

        Defendant.

08 Civ. 262 (JFK)

**AMENDED ORDER APPOINTING
PROCESS SERVER**

    Plaintiff, having moved for an Order pursuant to Fed.R.Civ.P. 4(c) appointing Michael Watson, or any other person appointed by Blank Rome, LLP who is over 18 years of age and is not a party to this action, to serve a Process of Maritime Attachment and Garnishment in this matter, and it appearing from the affidavit of Jack A. Greenbaum, Esq., that such appointment will result in substantial economies in time and expense,

    NOW, on motion of Blank Rome, LLP, attorneys for Plaintiff, it is

    **ORDERED**, that Michael Watson or any other person at least 18 years of age and not a party to this action, appointed by Blank Rome, LLP, be and hereby is, appointed to serve the Amended Order Directing Clerk to Issue Process of Maritime Attachment and Garnishment, the

Supplemental Process of Maritime Attachment and any Supplemental Process, and a copy of the Verified Amended Complaint on garnishees identified in the garnishment order issued by the Court and such additional garnishees as so permitted therein.

Dated:   New York, New York
         February 7, 2008

SO ORDERED: *Part I*

[signature]
U.S.D.J.

BLANK ROME, LLP
Attorneys for Plaintiff
CHINATEX GRAINS & OILS
IMPORT & EXPORT CORP.
Jack A. Greenbaum (JG 0039)
Thomas H. Belknap, Jr. (TB 3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHINATEX GRAINS & OILS IMPORT & EXPORT CORP., <br><br> Plaintiff, <br><br> -against- <br><br> ORAM TANKER LIMITED, <br><br> Defendant. | 08 Civ. 262 (JFK) <br><br> **AMENDED AFFIDAVIT IN SUPPORT OF REQUEST FOR APPOINTMENT TO SERVE PROCESS** |

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF NEW YORK  )

JACK A. GREENBAUM, being duly sworn, deposes and says:

1. I am a member of the firm of Blank Rome, LLP attorneys for the Plaintiff herein.

2. We have been advised that the U.S. Marshal's Service lacks sufficient staff to effect service of Process of Maritime Attachment and Garnishment promptly or economically. I respectfully request that the Court appoint Michael Watson, or any other person appointed by Blank Rome LLP who is over 18 years of age and is not a party to this action, to serve a Supplemental Process of Maritime Attachment and Garnishment and supplemental process on the garnishees named in Schedule A, or upon any other or additional garnishees as may be

900200.00001/6601073v.2

named in any supplemental Process of Maritime Attachment and Garnishment.

WHEREFORE, it is respectfully requested that the aforementioned person, Michael Watson, or any other person appointed by Blank Rome, LLP who is over 18 years of age and not a party to this action, be appointed to effect such service.

_____
Jack A. Greenbaum

Sworn to before me this
4th day of February, 2008

_____
Notary Public

KARL V. REDA
Notary Public, State of New York
No. 30-4783126, Qual. in Nassau Cty.
Certificate Filed in New York County
Commission Expires Nov 30, 2009

## **SCHEDULE A**

1. ABN Amro Bank N.V.
2. American Express Bank Ltd.
3. Bank of America, N.A.
4. The Bank of New York
5. Citibank, N.A.
6. HSBC Bank USA
7. JP Morgan Chase Bank, N.A.
8. Standard Chartered Bank
9. Wachovia Bank, N.A. – New York
10. Wells Fargo Bank, National Association
11. Bank of China
12. Bank of Communications