ORIGINAL

BLANK ROME, LLP
Attorneys for Plaintiff
CHINATEX GRAINS & OILS
IMPORT & EXPORT CORP.
Jack A. Greenbaum (JG 0039)
Thomas H. Belknap, Jr. (TB 3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-14-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHINATEX GRAINS & OILS IMPORT
& EXPORT CORP.,

　　　　　　　　Plaintiff,

-against-

ORAM TANKER LIMITED,

　　　　　　　　Defendant.

08 Civ. 262 (JFK)

**AMENDED ORDER APPOINTING PROCESS SERVER**

　　Plaintiff, having moved for an Order pursuant to Fed.R.Civ.P. 4(c) appointing Michael Watson, or any other person appointed by Blank Rome, LLP who is over 18 years of age and is not a party to this action, to serve a Process of Maritime Attachment and Garnishment in this matter, and it appearing from the affidavit of Jack A. Greenbaum, Esq., that such appointment will result in substantial economies in time and expense,

　　NOW, on motion of Blank Rome, LLP, attorneys for Plaintiff, it is

　　**ORDERED**, that Michael Watson or any other person at least 18 years of age and not a party to this action, appointed by Blank Rome, LLP, be and hereby is, appointed to serve the Amended Order Directing Clerk to Issue Process of Maritime Attachment and Garnishment, the

900200.00001/6601094v.2

Supplemental Process of Maritime Attachment and any Supplemental Process, and a copy of the Verified Amended Complaint on garnishees identified in the garnishment order issued by the Court and such additional garnishees as so permitted therein.

Dated:   New York, New York
         February 7, 2008

SO ORDERED:   Part I

*[signature]*
U.S.D.J.