



Phone:  (212) 885-5286
Fax:    (917) 332-3834
Email:  JGreenbaum@BlankRome.com

March 20, 2008

**BY HAND DELIVERY**

Hon. John F. Keenan
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1930
New York, New York 10007-1312

The conference is adjourned to October 8, 2008, at 10:00 a.m., at which time Plaintiff will inform the Court about the status of the case.

SO ORDERED.
DATED:    NEW York, New York
          April ___, 2008

                /s/ John F. Keenan
                    U.S.D.J.

Re:  **Chinatex Grains & Oils Import & Export Corp. v. Oram Tanker Limited**
     Docket No.: 08 Civ. 00262 (JFK)
     Our File No. 128850-00601

Dear Judge Keenan:

We represent the Plaintiff in this matter, and write to request an adjournment *sine die* of a pretrial conference you have scheduled on April 1, 2008 at 9:45 A.M. This is the first scheduled conference and we have not previously requested any adjournments.

This is a maritime attachment action. The merits of the claim are to be decided in an arbitration in London.

We have notified the Defendant that we have attached some funds, but have not received a response. We are continuing to serve Process of Maritime Attachment because the claim is far from fully secured.

Since the merits are to be resolved in arbitration abroad, we do not believe there would be any useful purpose served in conducting a pretrial conference at this time.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-8-08



Hon. John F. Keenan
March 20, 2008
Page 2

Thank you for your attention.

Respectfully submitted,

Jack A. Greenbaum

JAG:aea

900200.00001/6625664v.1