```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-22-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

Chinatex Grains

    —v—

Oram Tanker

------------------------------------X

08 civ 262 (JFK)

Please be advised that the conference scheduled for **October 8, 2008** has been rescheduled to **October 10, 2008** at **10:15 am** in Courtroom 20-C.

SO ORDERED.

*/s/ John F. Keenan*
JOHN F. KEENAN
United States District Judge

Dated: New York, New York
August 22, 2008