BLANK ROME, LLP
Attorneys for Plaintiff
CHINATEX GRAINS & OILS IMPORT & EXPORT CORP.
Jack A. Greenbaum (JG 0039)
Thomas H. Belknap, Jr. (TB 3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED MAR 23 2009 JUDGE KEENAN'S CHAMBERS

---

CHINATEX GRAINS & OILS IMPORT & EXPORT CORP.,

Plaintiff,

-against-

ORAM TANKER LIMITED,

Defendant.

08 Civ. 262 (JFK)

**JUDGMENT BY DEFAULT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-31-09

---

WHEREAS, this action was commenced on January 11, 2008 by the filing of the Verified Complaint; and

WHEREAS, an Attachment Order dated January 14, 2008 was issued by this Court directing the Clerk to issue a writ of Process of Maritime Attachment and Garnishment ("PMAG") against all tangible or intangible property belonging to, claimed by or being held for the Defendant by an garnishees within the District, and, on February 7, 2008, a Supplemental Process of Maritime Attachment and Garnishment was issued, up to $1,356,283.56, pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and

WHEREAS, copies of the Supplemental Attachment Order and PMAG were served on various garnishee banks within this district; and

WHEREAS, pursuant to two other Rule B attachment actions already pending in this District, the following Garnishee Banks had previously restrained and sequestered a number of electronic funds transfer of which the Defendant held a property interest as follows:

| Date of Transfer | Restraining Bank | Amount Restrained |
| --- | --- | --- |
| 1/28/08 | Bank of New York | $ 27,383.87 |
| 1/28/08 | JPMorgan Chase | $ 40,000.00 |
| 1/29/08 | JPMorgan Chase | $ 70,568.60 |
| 4/3/08 | HSBC | $  4,815.83 |
| 4/9/08 | JPMorgan Chase | $  6,000.00 |

Total Amount Restrained to date: $148,768.30.

WHEREAS, pursuant to the Writ of Attachment issued in this action and served upon the same garnishee banks listed above, the garnishee banks now also restrain these funds in accordance with the Writ of Attachment and Order of Attachment issued in this action; and

WHEREAS, counsel for Plaintiff, sent the required Local Admiralty Rule B.2 Notices of Attachment to the Defendant, in accordance with Supplemental Rule B(2) for Certain Admiralty and Maritime Claims, and on February 2, 2009, Defendant was served with the Summons, Amended Complaint, Order of Attachment and Process of Maritime Attachment and Garnishment; and

WHEREAS, the Defendant has not responded to the Local Rule B.2 Notice of Attachment, and not answered the Summons and Amended Verified Complaint, and the time for answering the Complaint having expired;

NOW, on the application of Jack A. Greenbaum, of Blank Rome LLP, attorney for the Plaintiff CHINATEX GRAINS & OILS IMPORT & EXPORT CORP., it is hereby

**ORDERED, ADJUDGED AND DECREED,** that the caption of the action herein be changed to include the co-defendant ORAM MARINE CO. LTD., as per the Amended Verified Complaint and pleadings, orders, decrees and writs heretofore had herein, be deemed equally to be amended to include the co-defendant ORAM MARINE CO. LTD.; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that judgment be entered against the Defendants in favor of Plaintiff, which judgment is limited to the amount and/or value of the Defendants' property found and restrained in the District, the total amount being $148,768.30; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Clerk of the Court is hereby directed to enter judgment as specified herein in the amount of $148,768.30; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that execution of judgment against the Defendants' property held at the garnishee banks listed above, be stayed pending a further order of the Court determining priority to the funds between the several plaintiffs with pending actions in this District, or a settlement agreement among said plaintiffs with respect to distribution of such funds.

Dated: New York, NY
       March 31, 2009

_____
John F. Keenan
U.S.D.J.